**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EHRENFRIED, | No.   C06-04605 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ROBERT B. SERIAN, | |
| Defendant. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by **November 3, 2006**, the case shall be dismissed for failure to prosecute. The Case Management Conference scheduled for October 31, 2006, is **vacated.**

**IT IS SO ORDERED.**

Dated:        10/24/2006

MARTIN J. JENKINS
United States District Judge