UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EHRENFRIED,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT B. SERIAN,<br><br>    Defendants. | CASE NO.: C 06-04605 MJJ<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

### ORDER

The parties having achieved a settlement of this action and good cause appearing, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: 11/14/2006          By: _/s/ Martin J. Jenkins_

                                                     Hon. Martin J. Jenkins